## UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF ARKANSAS
RICHARD SHEPPARD ARNOLD UNITED STATES COURTHOUSE
500 W. CAPITOL, ROOM D444
LITTLE ROCK, ARKANSAS 72201-3325
(501) 604-5140
Facsimile (501) 604-5149

**February 11, 2009**

Mr. Brandon Lacy
Mr. Tony Wilcox
Wilcox, Parker, Hurst Lancaster & Lacy PLC
Post Office Box 1733
Jonesboro, AR 72403-1733

Mr. David Donovan
Watts, Donovan & Tilley, P.A.
200 South Commerce Street
Suite 200
Little Rock, AR 72201-17 69

Mr. Christopher Averitt
Scholtens & Averitt PLC
113 East Jackson Ave
Jonesboro, AR 72401

   Re: *Mark Hogan v. Certain Underwriters at Lloyds London* -- 3:08-CV-00073-WRW

Dear Counsel:

The telephone conference will be conducted this afternoon at 1:30 as scheduled.

I will determine during this conference whether testimony is needed.

Mr. Donovan, if I determine that your live expert can rely, at least in part, on the dead expert's report, what specific questions would you pose to the live expert (in view of Fed. R. Evid. 703)? Please be prepared to state those questions, in substance, at the teleconference this afternoon (if I decide he can rely upon the report).

                 Cordially,

                 /s/ Wm. R. Wilson, Jr.

Original to the Clerk of the Court