IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

MARK HOGAN                                                                           PLAINTIFF/
                                                                                     COUNTERDEFENDANT

vs                                          3:08CV00073-WRW

CERTAIN UNDERWRITERS                                                                 DEFENDANT/
AT LLOYDS, LONDON                                                                    COUNTERCLAIMANT

## ORDER

Pending before the Court is the Motion to Dismiss (doc #22) filed by the parties. After a review of the Motion, the Court finds that the Motion should be, and hereby is, GRANTED. This case is dismissed with prejudice, each party to bear their own costs and attorney's fees.

IT IS SO ORDERED this 24th day of March, 2009.

/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE

orddism.wprejudice.Hogan.wpd